SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-01859-JAM-EFB** |
| Plaintiff, | **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. | |
| Audrey Ann Kinser, et al, | |
| Defendants | |

IT IS HEREBY ORDERED THAT this action is hereby dismissed With Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: December 30, 2011

/s/ John A. Mendez_____
U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-01859-JAM-EFB- 1